Francis A. Grandinetti, II
CCA/TCCF Contractor
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072
Plaintiff, Pro Se.

RECEIVED

2006 APR 27 A 9:49

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FRANCIS A. GRANDINETTI, II   *
#185 087,
    Plaintiff,   *   No. 2:06-CV-304-MHT (WO)

VS.   *

ALABAMA DOC INMATE "T-Hop"; et al.,   *   Written Objections

    Defendant.   *
            *

**Pro Se Plaintiff's Written Statement of Objections To R & R of U.S. Magistrate Judge, Rule 72**

The Court's Report dated April 13, 2006, Doc. 2-1, has been reviewed and objections as to "jurisdictional statement" (federal jurisdiction of the district court by statute) are entered:

1. Federal extradition law, federal waiver of venue, federal exile statutes. (28 U.S.C. §1406(a).)
2. Federal habeas corpus law, Alabama state habeas corpus law. Diversity of citizenship.
3. False federal arrest. Bivens law. Alabama–Mississippi. Fed. R. Crim. P. 35 law.
4. 28 U.S.C. §1343, Civil Rights Violations. [sic]
5. 42 U.S.C. §1981, §1983, et seq.   42 U.S.C. §1988.
6. Bussing Act, Integration case law. National R.R./trucking/bussing laws.
7. Governors' Interstate Compact law, federal contracts.
8. AEDPA and PLRA of 1996, President Clinton. Federal Agency Appeal.
9. Criminal Justice Act of 1964, 18 U.S.C. §3006A. (False arrest, no representation, Miranda violations.)
10. RICO Act, 18 U.S.C. §1964(c). Other 18 U.S.C. Codes, Kidnapping, hostage-taking, attempted murder.
11. Money owed, in excess of $100,000.00. Costs, Contempt of Court, Civil Contempt of Court Fees due.
12. "Imminent Injury" statute, 28 U.S.C. §1915(g).

**Identification of Plaintiff:**

1. "Non-prisoner." Kidnapped person. Unlawfully detained U.S. Citizen. CSA hostage. KKK hostage.
2. Dept. of Justice worker, volunteer, intern, unpaid employee.
3. U.S. Voter Registration officer. Republican Party agent, Hawaii.
4. Dept. of Defense former employee, intern, auditor; AWOL or missing employee. Terrorism trainee.
5. State of Hawaii employee. Kingdom of Hawaii, State Dept. Agent.
6. State of Mississippi employee.
7. CCA employee. BRG employee. CSC employee.
8. Grand jury witness. Court witness. Court defendant. Court plaintiff.
9. Any U.S. job or civil service placement, pending employment. (Job discrimination case.)

RESPECTFULLY REPORTED.
Dated: Tutwiler, Mississippi, April 24, 2006.   28 U.S.C. §1746.
By: _____Francis A. Grandinetti, II_____
       Plaintiff Signature