IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRANCIS A. GRANDINETTI, II, )
                            )
   Plaintiff,               )
                            )
                            )   CIVIL ACTION NO.
   v.                       )   2:06cv304-MHT
                            )        (WO)
ALABAMA DOC INMATE          )
"T-Hop," Kitchen Worker,    )
et al.,                     )
                            )
   Defendants.              )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 3) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 2) is adopted.

(3) Plaintiff's application to proceed in forma pauperis (Doc. No. 1) is denied.

(4) This lawsuit is dismissed without prejudice, that is, plaintiff may refile this lawsuit upon payment of the full filing fee.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of May, 2006.


　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE