Counsel of Record:

Law Offices of Stanton C. Oshiro, P.C.
Stanton Oshiro, Esq., HSB A4009
168-C Keawe Street, and
1289-E Kilauea Avenue
Hilo, Hawaii 96720
Tel. (808) 935-3348
Counsel of Record, Court-Appointed.
Case Nos. 93-141CR and 88-2074CR
(Consolidated), Judge Shunichi Kimura.

RECEIVED
2007 MAR 19 A 10:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In The United States District Court
For The Middle District of Alabama
Montgomery Division

| | |
|---|---|
| Francis Anthony Grandinetti, II, aka's; State of Hawaii inmate, DPS, Plaintiff-Appellant, vs. | No. 2:06-CV-304 MDAL (Co-Case 2:04-CV306, NDMS) Notice of Appeal, FRAP 4(a). |
| Alabama DOC Inmate "T-Hop" aka Antonio Tihopu, G-17 #209-A, CCA federalized detainee, TN. Defendant-Appellees. | Class-Action Defendants |

<u>Pro Se Plaintiff's Notice of Appeal, FRAP 8,
Interlocutory-Injunction Appeal §1292</u>

NOTICE OF APPEAL is hereby made pursuant to FRAP 8 and the Laws of the Eleventh U.S. Circuit, as to Rule 60 relief in 2:06-CV-304 MDAL, for judgment entered on May 24, 2006, Doc. Entry No. 5. See FRAP 4(a)(4)(A)(ii) and (vi). The "interlocutory injunction statute" is invoked, 28 U.S.C. §1292(b), and class-action law under Rule 23(a).

(1)

"Inter-Circuit Law.
Claims to FRAP 8 Relief:

1. No "Notice of Appeal" was filed within 30 days of May 24, 2006, nor on extension of time (30 or 60 days) thereafter. FRAP 4(a)(5)

2. A Fed. R. Civ. P. 59(e) motion was not filed within ten legal days following judgment in case, at Doc. No. 5, U.S.D.J. Hon. Myron H. Thompson, presiding. FRAP 4(a)(4)(A)(vi).

3. Appellate jurisdiction is based on "Injunction Complaint" filed on April 5, 2006, Doc. Entry No. 1. The complaint seeks injunctive relief of rights in the U.S. Eleventh Circuit (Alabama federal laws), due to the "Alabama-Hawaii bussing and integration of federalized inmates."

4. The co-case at bar is No. 2:04-CV-306 PD, Northern District of Mississippi. The co-case alleges that Plaintiff does not consent to the jurisdiction of the State of Mississippi, nor the federal district of Mississippi.

5. Plaintiff alleges that as long as he is at CCA/TCCF, a federal detention center, or federal transfer center (FTC), the federal venue is at Alabama, not Arizona or Mississippi; because Alabama erred by entering Mississippi first. Alabama is testing "inter-circuit" laws out. Mississippi waived "inter-circuit" venue rights to Alabama, by releasing the inmates and staff back to AL.

6. For 42 U.S.C. §1983 claims, defendants are federal agents for DOJ or USMS, FRAP 15, Alabama federal actors; acting under color of Mississippi County laws. (Invasion laws.)

Dated: Tutwiler, MS, March 15, 2007.   By: _Federico Gemelinatti_
(28 U.S.C. §1746.)

(2)



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

Francis A. Grandinetti, II
AIS# 185087
CCA/TCCF Contractor
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072

US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE USE

Hasler
$00.630
Mailed From 36104
02/26/2007
US POSTAGE

2:06-CV-304
N.O.A.

# CERTIFICATE OF SERVICE

**RECEIVED**

Case Name: _Grandinetti v.s Alabama DOC Inmate, et al._

Case No.: _2:06-CV-..._

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**IMPORTANT:** You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the _FRAP 8 Notice of Appeal, 3/15/07_
(Name of document you are filing (i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below.

_____
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Clerk, USDC | U.S. District Court P.O. Box 711 Montgomery AL 36101-0711 | 03/15/2007 |