In The United States District Court
For The Middle District of Alabama

Grandinetti, aka's,

vs.

Alabama DOC inmate, etc,

2:06-CV-304-MHT

Motion

Class-Action Case.

## Plaintiff's Rule 59(e) Motion For Reconsideration

A "Certificate of Appeal" was denied on 03/26/07, at Doc. 7-1. It may be objected to, or reconsidered, under Rule 59(e). The governing issue is "Venue" at AL.

1. Venue is "multi-district litigation" under 28 USC §1407(a). Venue is also at Tennessee.

2. Venue may not be in the M.D. of Alabama, but in another Alabama federal court, where the Alabama-Mississippi contract took place. §1404 clause.

3. Inmate AOOCT-Hop was acting as a trustee for CCA/TCCF, under the "Alabama-Mississippi Contract" which Hawaii recently took over.

4. Costs shall be reversed to Alabama DOC and CCA officials. The $455.00 fee is also objected to.

March 29, 2007    By: [signature] Grandinetti

RECEIVED
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SCANNED

Grandinetti, Francis A.
MS223000 IQ, inmate
CCA/TCCF Contract
295 U.S. Hwy. 49 So.
Tutwiler MS 38963

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
(NOT RESPONSIBLE FOR CONTENT)

Re: 59(e) Motion

2:06-CV-0304

Courtroom of USDJ
Hon. Myron H. Thompson, Presiding
US District Court, MD Alabama
PO Box 711
Montgomery AL 36101-0711

[Postmark: GRENADA MS 389, APR 2007]
[Postage: $00.39, APR 09 2007, MAILED FROM ZIP CODE 38963]

A-1921-70
06-00304 CV-T-N
March 26, 2007