Case: 2:06cv304

Francis A. Grandinetti II AIS&#035;185087    MS#ZZ3000
CCA/TCCF Contractor #1403
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072

-------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

Received Doc. Nos. 7-1 and 8-1 by mail,
on March 29, 2007, Thursday.

X Francis Grandinetti, aka

( Proof of Service.)



MIDDLE DISTRICT OF ALABAMA
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711



Mailbox Rule:
FRAP 25(c): 03/29/2007
28 USC §1746.

205

2:06-CV-304-MHT

13-80A2

## Sick Call Request (Co-Pay)

**Part A:** (to be completed by inmate/resident)

Work Assignment: _Seg Unit - H-Unit    STG Pod_

Work Hours: _N/A_          Housing Assignment: _H-18 #205._

Reason for requesting Health Services Appointment **(BE SPECIFIC):** _Headbeating "Hitching"_
_by CCA staff, on 09/14/04, Cooke, Bradley, etc._

How long have you had this problem? _Lots of bumps on head, dizzy. Unresolved, Still on Seg status._

Inmate (Print Name): _Grandinetti, Francis_  Inmate Number: _A522300_

Inmate/Resident Signature: X _Francis Grandinetti_  Date: _03/29/07._

**Part B:** (Medical Staff Only)

Services and Meds Provided: _____

_____

_____

Health Services Signature: _____  Date: _____

## Charge Receipt

**Part C:** (to be completed by inmate/resident)

Inmate Name (Print): _Grandinetti, Francis A., II_

Inmate Number: _A-0185287 PSD-II_   Date: _03/29/07._

Work Assignment: _None._

Work Hours: _N/A_          Housing Assignment: _H-18 #205_

I understand that in accordance with State Law, I will be charged for each chargeable medical/psychiatric/dental service I receive and for each chargeable medication ordered. I also understand that if the Facility determines I am indigent or funds become available.

This request authorizes disbursement from my trust fund account.

Inmate/Resident Signature: _Francis Grandinetti_  Date: _03/29/07._

**Part D:** (to be completed by Medical Staff)

Charges:

| | | |
|---|---|---|
| _____ | The inmate/resident received chargeable medical services @ $_____ | $_____ |
| _____ | The inmate/resident received chargeable psychiatric services @ $_____ | $_____ |
| _____ | The inmate/resident received chargeable dental services @$_____ | $_____ |
| _____ | The inmate/resident received _____ medications @$_____ each | $_____ |

Health Services Initials: _____

**White:** Medical Records          **Yellow:** Parts C & D – Business Office          **Pink:** Inmate/Resident

**Property of Corrections Corporation of America**          *MAR 2006*