IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRANCIS A. GRANDINETTI, II, )<br>    )<br>  Plaintiff,    )<br>    )<br>  v.    )<br>    )<br>ALABAMA DOC INMATE    )<br>"T-Hop," Kitchen Worker,    )<br>et al.,    )<br>    )<br>  Defendants.    ) | CIVIL ACTION NO.<br>2:06cv304-MHT |

**ORDER**

It is ORDERED that the motion for reconsideration (Doc. No. 9) is denied.

DONE, this the 18th day of April, 2007.

                      /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**