IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 24 2007
THOMAS K. KAHN
CLERK

No. 07-11261-A

FRANCIS A. GRANDINETTI, II,

Plaintiff-Appellant,

versus

ALABAMA DOC INMATE "T-HOP",
Kitchen Worker, JAMES C. COOKE,
Warden, JODY BRADLEY, Assistant Warden,
LEROY MITCHELL, Sgt., CORRECTIONS
CORPORATION OF AMERICA, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, DUBINA, and BARKETT, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's March 15, 2007, notice of appeal is untimely to appeal from the district court's order and final judgment, entered on May 24 2006, dismissing Appellant's pro se civil rights action. Fed.R.App.P. 4(a)(1).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia