Stanton C. Oshiro, Counsel of Record, 95-CR-191,
Montana U.S. Attorney, DoJ Agency (Hawaii).

In The United States District Court
For The Middle District of Alabama (MDAL)
Northern Division

Grandinetti
vs.
ADOC Inmate "T-Hop"

No. 2:06 CV 304 MHT
(Co-Case: 2:04CV306 P-D, USDC NDMS)

Motion
· Class-Action Defendants, Rule 23.

**Pro Se Plaintiff's Post-Dismissal Motion, FRAP Law**

When a §1983 or other federal case is dismissed, the parties may file procedural or "house-keeping" motions. The plaintiff files this motion accordingly. FRAP 4(a)(4)(A) and FRAP 4(b)(3)(A).

1. Leave to re-open, un-dismiss, or re-start case, should be continued until administrative remedies, fee funds, and venue are resolved.

2. The PLRA and AEDPA are challenged in this case, because the PLRA is unconstitutional. The portion challenged is the "3 strikes" clause. This will estop habeas corpus and state court remedies.

3. Venue may not only be in the MDAL, Northern Division. Where the ADOC Director is located in Alabama, or where all the white ADOC Inmate shirts are supposed to be returned in AL, may be the legal or just venue for this case, 2:06 CV 304.

4. U.S. Department of Justice remedies, under 42 U.S.C. §12134(a) now start, and are not waived. DoJ Administrative agency law is now governing. (I.C.C. law and AEDPA law.) FRAP 15, USMS.

5. FRAP law number 4 is governing, civil and criminal fact-finding tasks. Cf. Jackson vs. Clark, N.D. AL, 2:02CV2327 (beating on inmate).

Dated: Tutwiler, MS, April 24, 2007.
(28 U.S.C. §1746.)        By: _____
                                Plaintiff-Appellant

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

2:06-CV-304
10-1 order



US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE USE

Hasler
$00.390
Mailed From 36101
04 18 2007
US POSTAGE

Case: 2:06cv304

```
Francis A. Grandinetti II, A-0185087  SID
CCA/TCCF Contractor #1403
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072
```
H-18 #205-B Segregation Unit, #213444

------------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

Document #10-1    04/18/2007 order.

Proof of receipt:

*Francis A. Grandinetti, II*

Plaintiff.

Received on 04/20/2007, Friday.

FRAP 25(c) Mailbox rule.
28 USC §1746;
April 21, 2007, Sat.
5 PM.

Remailed: May 22, 2007, Tue.
(28 U.S.C. §1746.)

Francis A. Grandinetti, II
A-0185087 PSD-Hawaii
CCA/TCCF Contractor
295 U.S. Hwy. 49 South
Tutwiler MS 38963



Clerk
U.S. District Court
M.D. Alabama, Northern Division
P.O. Box 711
Montgomery AL 36101-0711

FRAP 4(a)(4)(A)(ii)
Motion