IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRANCIS A. GRANDINETTI, II, )<br>　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>ALABAMA DOC INMATE　　　　　)<br>"T-Hop," Kitchen Worker,　　)<br>et al.,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　) | CIVIL ACTION NO.<br>2:06cv304-MHT |

ORDER

It is ORDERED that the post-dismissal motion (Doc. No. 14) is treated as a motion to reopen case and said motion is denied.

DONE, this the 4th day of June, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE