IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-11261-A

FRANCIS A. GRANDINETTI, II,

                              Plaintiff-Appellant,

versus

ALABAMA DOC INMATE "T-HOP",
Kitchen Worker, JAMES C. COOKE,
Warden, JODY BRADLEY, Assistant Warden,
LEROY MITCHELL, Sgt., CORRECTIONS
CORPORATION OF AMERICA, et al.,

                              Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, DUBINA, and BARKETT, Circuit Judges.

BY THE COURT:

      Appellant's May 1, 2007, motion for reconsideration of our April 24, 2007, order dismissing this appeal for lack of jurisdiction, is DENIED.