Mr. Francis Anthony Grandinetti, II (aka)
Hawaii SID# A-0185087 PSD, inmate
Corrections Corporation of America
CCA/Saguaro Correctional Center
1250 East Arica Road, North Unit
Eloy, Arizona 85231
Telephone: (520) 464-0500, facility.
Mr. D. Swenson, Senior Warden, SCC.

## In The United States District Court For The Middle District Of Alabama, Northern Division

| | |
|---|---|
| Francis Grandinetti, TCCF #213444, on Alabama-Mississippi contracts; Plaintiff.<br>vs.<br>Alabama DOC Inmate "T-Hop," Kitchen Worker; et al., a Defendant Class-Action; Defendants. | Civil No. 2:06cv304-MHT<br>(Co-Cases Pending.)<br>Motion, Attachments 1-6.<br>Judge Myron H. Thompson, USDJ, Presiding on appeals. |

### Pro Se Plaintiff's Motion For FRAP Relief

**COMES NOW** the pro se Plaintiff, proceeding IFP and on multi-venue litigation proceedings in Alabama; and respectfully **MOVES** for an order with respect to the following issues:

1. On July 17, 2007, Tuesday, Mississippi state and federal officials waived said venue; and therefore venue in the Alabama federal district activates, at bar.

2. The "Co-Case" to the Alabama DOC Inmate "T-Hop" case, at bar, is No. 2:07-CV-0095-M-D, Alabama DOC, Director and Agents, et al. (§1404.)

3. The plaintiff must report his "Change of Address" (COA), within a reasonable time, usually 30 days. For purposes of prosecution of a case, the plaintiff makes a tardy COA report herein, within 60 days. Fed.R.Civ.P. 41.

4. Plaintiff is still under "Administrative Segregation" (Lock-down), at CCA/SCC, Arizona, for the T-Hop Kitchen Worker and Bradley incident. A T.R.O. is of merit.

5. Continued retaliation on Plaintiff's Kitchen diet is alleged, a "Kosher Diet."

SO MOVED. FRAP 4(a)(4)(A)(ii).
Dated: Eloy, Arizona, September 10, 2007, Monday.    By: *Francis Grandinetti*, TCCF #213444
(28 U.S.C. §1746.)                                          Plaintiff-Appellant, Pro Se



Grandinetti, Francis A., II
A-0185087 PSD-Hawaii inmate ID
CCA/Saguaro Correctional Ctr.
1250 East Arica Road, N-D #008
Eloy, AZ 85231-9622

Legal Mail/USPS

USDC # 2:06-cv-304
CoA

Clerk
U.S. District Court
Post Office Drawer 711
Montgomery, Alabama
36101-0711