# C O A Report

Francis A. Grandinetti II A-0185087
CCA/TCCF Contractor
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072

(Expired 07/17/2007,)

---

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

Dated: September 10, 2007, Monday.

Signed: _Francis A. Grandinetti, II_
              Party/Movant

Attachment #1