OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

2:06CV304MHT
(Doc. 15-1 order.)
June 7, 2007, Th.
3pm.
(1 of 3 legal mail.)

X [signature]

US OFFICIAL M
$300 PENAL
FOR PRIVATE



Hasler

$00.410
06/04/2007
Mailed From 36104
US POSTAGE

Attachment #2

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRANCIS A. GRANDINETTI, II, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA DOC INMATE )<br>"T-Hop," Kitchen Worker, )<br>et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv304-MHT |

### ORDER

It is ORDERED that the post-dismissal motion (Doc. No. 14) is treated as a motion to reopen case and said motion is denied.

DONE, this the 4th day of June, 2007.

                       /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE

Attachment 2-A