

Case: 06-CV-304 MDAL, Grandinetti vs ADOC T-Hop.

(1) Please find [illegible] ~~~ "Address Update Report" for purposes of Civil Prosecution.

(2) I may be leaving CCA/TCCF #1403, in Tutwiler, MS; in 60-90 days, to go to "Red Rock" in Arizona, or Seworell in Arizona.
   Change of Address Report.

(3) For the Case 2:06-CV-304, T-Hop Case, Defendants were acting under Color of Alabama federal law, not ADOC policy or Alabama state law. Venue is valid in Alabama federal court. Venue is valid until departure from CCA/TCCF. I would like to continue the TRO/P.I. claims, as I am still in segregation for the T-Hop/Bradley incident. I would like to reopen the case, get released from CCA and TransCor, and be held with BOP/DOJ/USMS, instead of CCA. CCA to pay for substitute contractor. __Rule 60 Motion.__

(4) I would like to request for the name of the Clerk, USDC, for the E.D. of Tennessee, nearest Nashville. CCA is at 10 Burton Hills Blvd, Nashville, TN 37215; and I would like to transfer some of my claims in Alabama USDC, to Tennessee USDC.

February 21, 2007.         By: _Francis Grandinetti_
                           CCA # 990390 WTDF

Attachment 3

February 24, 2007 (w)
FRAP 25(c)
28 USC §1746

A-0185087 PSD Hawaii
Grandinetti, Francis A., II
CCA/TCCF #213444
295 U.S. Highway 49 South
Tutwiler MS 38963-5072

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT

#2:06-CV-304
Rule 60 Motion

Clerk
US District Court
Middle District of Alabama
PO Box 711
Montgomery AL 36101-0711

$ 00.39
FEB 22 2007
MAILED FROM ZIP CODE 38963