IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRANCIS A. GRANDINETTI, II, )<br>                               )<br>    Plaintiff,           )<br>                               )<br>v.                            )<br>                               )<br>ALABAMA DOC INMATE    )<br>"T-Hop," Kitchen Worker,  )<br>et al.,                 )<br>                               )<br>    Defendants.        ) | CIVIL ACTION NO.<br>2:06cv304-MHT |

**ORDER**

This cause is now before the court on plaintiff's notice of appeal (doc. no. 6), which the court is treating as a motion to proceed on appeal in forma pauperis.

28 U.S.C. § 1915(a) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous," Coppedge v. United States, 369 U.S. 438, 445 (1962), or "has no substantive merit."

(Original)

Received: Francis A. Grandinetti, II

Attachment 4

United States v. Bottoson, 644 F.2d 1174, 1176 (5th Cir. Unit B May 15, 1981) (per curiam), cert. denied, 454 U.S. 903 (1981); see also Rudolph v. Allen, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam), cert. denied, 457 U.S. 1122 (1982); Morris v. Ross, 663 F.2d 1032 (11th Cir. 1981), cert. denied, 456 U.S. 1010 (1982). Applying this standard, this court is of the opinion, for the reasons stated in the recommendation of the magistrate judge, that the plaintiff's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith. See, e.g., Rudolph v. Allen, supra; Brown v. Pena, 441 F. Supp. 1382 (S.D. Fla. 1977), aff'd without opinion 589 F.2d 1113 (5th Cir. 1979).

Accordingly, it is ORDERED that the plaintiff's motion to proceed on appeal in forma pauperis be and it is hereby denied; and that the appeal in this cause be and it is hereby certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

DONE, this the 26th day of March, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

March 26, 2007
06-00304 CV-T-N
07-11261-A

April 4, 2007
Wednesday @ 6pm.
28 USC §1746

Grandinetti, Francis A., II
A-0185087 PSD-Hawaii
CCA/TCCF #1403 Contract
295 U.S. Hwy. 49 South
Tutwiler MS 38963-5072

USPS ~~Legal~~ Mail

MAILED
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT

FRAP 25- Service Proof.
USCA 11  07-11261-A

Clerk
U.S. District Court
M.D. Alabama
PO BOX 711
Montgomery AL 36101-0711



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004626167    APR 05 2007
$ 00.63⁰
MAILED FROM ZIP CODE 3896_