# Diet Retaliation Claims

(Water, milk, Vegetarian, Kosher ID)

House - N-D08

Name - Grandenetti, F.

Diet - LF/LS

| | |
|---|---|
| Name | Grandenetti, F |
| House | N D08 |
| Diet | LF/LS |

| | |
|---|---|
| Name | Grandenetti, F. |
| House | N-D08 |
| Diet | LF/LS |

Attachment #6