IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| FRANCIS A. GRANDINETTI, II #185 087 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-304-MHT |
| ALABAMA DOC INMATE "T-HOP," *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's pleading styled *Pro Se Plaintiff's Motion for FRAP Relief*. The court has reviewed the motion and concludes that it is due to be denied.

Accordingly, it is ORDERED that Plaintiff's Motion for FRAP Relief (*Doc. No. 17*) be and is hereby DENIED.

Done, this 26th day of September 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE