IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRANCIS A. GRANDINETTI, II, )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )      2:06cv304-MHT
                            )
ALABAMA DOC INMATE          )
"T-Hop," Kitchen Worker,    )
et al.,                     )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED that the plaintiff's motion for further relief (Doc. No. 17) is denied.

DONE, this the 27th day of September, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE