(Mr.) Francis A. Grandinetti, II (aka)
A-0185087 PSD-Hawaii SID inmate
CCA/SCC Federal Contract
Saguaro Correctional Center
1250 East Arica Road, North Unit
N-D #008 Seg Unit, ID #536184
Eloy, Arizona 85231-9622
Telephone No. (520) 464-0500, facility.
Warden O. Swenson, SCC Senior Officer

Stanton C. Oshiro, Esq., HSB A4009,
Law Offices of Stanton Oshiro, P.C.
1289-E Kilauea Ave., 168-C Keawe St.
Hilo, Hawaii 96720
Telephone: (808) 935-3348, Counsel.
Court-appointed attorney; 88-CR-2074
Honolulu PARV, Consolidated, 93-CR-0141 Hilo,
Rule 35 "Illegal Sentence" case.

RECEIVED
2007 OCT 12 A 9:35
P. HACKET
U.S. DISTRICT
MIDDLE DIST...

In The United States District Court For The
Middle District of Alabama (Northern Div.)

| Francis A. Grandinetti, II; ID #185 087<br>vs.<br>Alabama DOC Inmate "T-Hop;" et al. | 2:06-CV-304-MHT<br>Motion, Attachments 1-2.<br>Multi-District Venues, 28 USC §1407(a)<br>(IFP Order Entered in Co-Case # 2:04-cv-306.) |
|---|---|

### Pro Se Plaintiff's Rule 59(e) Motion To Reconsider Order

The Court's 15-1 Order has been received by the Pro Se Plaintiff on October 2, 2007, see attached service envelope; and a Rule 59(e) Motion, FRCP, may be filed within ten (10) days thereafter. Governing law is "Federal Rules of Civil Procedure."

1. Rule 59(e) relief is applied for based on the law of the case in School District 1J Multnomah County, OR vs. ACands, Inc., et al., 5 F.3rd 1255 (9th Cir, 1993).

2. The declared co-venue case is 2:04-CV-306 NDMS, Northern District of Miss., Grandinetti vs. Estridge, et al. Venue is concurrent, 28 U.S.C. §1404(a), §1407(a).

3. Between the two federal venues, at Alabama and Mississippi, Alabama may be the more favorable venue for the Plaintiff, based on the ADOC contract, first at CCA/TCCF.

4. Plaintiff's "Legal Federal venue" is at Washington, D.C., and Syracuse, N.Y. (NDNY).

SO MOVED. Dated: October 4, 2007, Thursday.   By: /s/ Francis A. Grandinetti, II
(28 U.S.C. §1746.)                                        Plaintiff, Pro Se

Francis A. Grandinetti II A-0185087
CCA/Saguaro Correctional Center
1250 East Arica Road
Eloy, AZ 85231

------------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

✓ ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

✓ The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

See front side, attorney Stanton Oshiro, Esq.

X *Francis A. Grandinetti, II*  A-0185087

*October 4, 2007.*

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE USE



Hasler

016-16504112
$00.41⁹
Mailed From 36104
09 26 2007
US POSTAGE

Rec'd:
October 2, 2007, Tuesday,
at pm.
(7o'8 items.)
2:06-CV-304 MHT
(18-1 order.)

FRAP 25(a)(2)(c),
28 USC §1746,
Oct. 4, 2007, Thurs.

A-0185087 PSD ID
Grandinetti, Francis A., II
CCA/SCC Contractor
Saguaro Correctional Center
1250 East Arica Road, North Unit
Eloy, AZ 85231-9622

Legal Mail/USPS

Rule 59(e) Motion,
Docket No. 18-1 Order
USDC No. 2:06-CV-304 MHT

Courtroom of U.S.M.J.
Honorable Wallace Capel, Jr., Presiding
U.S. District Court, M.D. Alabama
P.O. Box 711
Montgomery, Alabama 36101

$ 00.41⁰
MAILED FROM ZIP CODE 85234