IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FRANCIS A. GRANDINETTI, II          *
#185 087
    Plaintiff,                              *

v.                                              *       2:06-CV-304-MHT

ALABAMA DOC INMATE "T-HOP,"   *
*et al.*,
    Defendants.                         *

_____

**ORDER ON MOTION**

It is

ORDERED that Plaintiff's Motion to Reconsider the court's September 26, 2007 order denying his motion for further relief (*Doc. No. 20*) be and is hereby DENIED.

Done, this 12th day of October 2007.


   /s/ Wallace Capel, Jr.
   WALLACE CAPEL, JR.
   UNITED STATES MAGISTRATE JUDGE