Pro Se Plaintiff, Non-Attorney.
FBI No. 883777 EA3, Honolulu, Hawaii,
Federal ID Number (DOB 11-16-1966).

In The United States District Court
For The Middle District of Alabama

Francis A. Grandinetti, II, Hawaii
PSD inmate/exilee; individually and on
behalf of others similarly situated;
    Plaintiffs-Appellants,

vs.

Alabama DOC Inmate "T-Hop," Kitchen
Worker, CCA/TCCF; Bradley, et al.;
on behalf of the defendant class of CCA
contractors from Hawaii PSD;
    Defendants-Appellees.

No. 2:06-CV-304-MHT
(Co-Case 2:07-CV-275-WHA)

Notice of Appeal, FRAP,
With Attachments.

CLASS-ACTION

IFP Appeal, CJA of 1964 and
PLRA of 1996.

2007 OCT 12 A 9:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Plaintiffs' Notice of Appeal of Final Judgment Entered

NOTICE IS HEREBY GIVEN that Doc. No. 19-1 is a "final judgment" in this 42 USC §1983, et seq., lawsuit; and is appealable pursuant to FRAP 3(c), and 28 U.S.C. §1291, final orders. (Injunctions, federal intervention.) Rinaldo law.

1. The legal issue or "controversy" at bar is Hawaii PSD-Corrections Div. intervening in the Alabama DOC contract, for 2004-2007, at CCA/TCCF; and then leaving the Alabama and Mississippi federal venues. "Prison overcrowding" or "Prison Corruption" law. The DOJ statute enforced is 42 U.S.C. §12134(a), et seq.

2. The "injunction appeal" pursued by the named plaintiff in USCA11 No. 07-____, is included on final review herein. What is being appealed is, "Venue" and "Venue-Shopping" law, 28 U.S.C. §1406(a) and §1407(a); MDL claims.

3. Jurisdiction and venue in the federal district of Alabama, at bar, started in 2004, and has ended approx. Sept., 2007; with the last airplane flight out by Hawaii PSD and CCA. Court jurisdiction in Alabama USDC is based upon "integrated bussing" laws (Alabama), and U.S. President Clinton's PLRA of 1996. This appeal is of merit. 28 U.S.C. §1915 law.

SO APPEALED, FRAP 4(a) and 4(c).

Dated: Eloy, Arizona, October 4, 2007, Thurs.

By: _Francis A. Grandinetti II_
Named Plaintiff-Appellant, Class Member