IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRANCIS A. GRANDINETTI, II, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA DOC INMATE )<br>"T-Hop," Kitchen Worker, )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:06cv304-MHT |

ORDER

It is ORDERED that the plaintiff's motion for further relief (Doc. No. 17) is denied.

DONE, this the 27th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

NOA
Attachment #2

FRAP 25(a)(2)(C),
28 USC §1746
October 4, 2007, Thurs.

Grandinetti, Francis A., II (aka)
A-0185087 PSD-Hawaii, inmate
CCA/SCC Federal Contractor
Saguaro Correctional Center
1250 East Arica Rd, North Unit
Eloy, AZ 85231-9622

__Legal Mail/USPS__

NOA, #2:06-CV-304-MHT

Appellate Unit, Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711