# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

RECEIVED

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 24, 2007

2007 OCT 29  A 10: 04

Francis A. Grandinetti, II (AIS 185087)
Saguaro Correctional Center
1250 E ARICA RD
ELOY AZ 85231-9622

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Appeal Number: 07-14892-F**
Case Style: Francis A. Grandinetti, II v. AL DOC Inmate
District Court Number:  06-00304 CV-T-N

The referenced case has been docketed in this court.  Please use the appellate docket
number noted above when making inquiries.

Although trial exhibits are routinely transmitted to this court, contraband, weapons,
and currency may not be sent except by court order.  Also, counsel must arrange at
their own expense for transportation to and from this office of oversized exhibits.
[See 11th Cir. R. 11-3].

In lieu of arranging for transmittal by the district court of oversized physical
exhibits, parties are encouraged to substitute photographs, diagrams, or models of
lesser size and weight, or to stipulate to the nature and content of such exhibits.
Exhibits retained by the district court remain a part of the record on appeal for
all purposes [Fed.R.App.P. 11], and thus requests to transmit oversized exhibits
are discouraged.

Attorneys who wish to participate in this appeal must be properly admitted either to
the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1.
An attorney not yet properly admitted must file an appropriate application for admission
within fourteen (14) days from this date.  In addition, all attorneys (except court-appointed
counsel) who wish to participate in this appeal must complete and return an appearance
form within (14) days from this date.  Application forms and appearance forms are available
on the Internet at www.ca11.uscourts.gov.  The clerk may not accept **motions or other filings**
from an attorney until that attorney files an appearance form.  See 11th Cir. R. 46-1(e).
Persons appearing pro se need not file an appearance form.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

c: District Court Clerk

DKT-1  (09-2006)

RECEIVED

2007 OCT 29  A 10: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

October 24, 2007

**Appeal Number: 07-14892-F**
Case Style: Francis A. Grandinetti, II v. AL DOC Inmate
District Court Number:  06-00304 CV-T-N

TO:   Francis A. Grandinetti, II (AIS 185087)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File