RECEIVED
2007 NOV 30 A 9:50
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 27, 2007

**Appeal Number: 07-14892-F**
Case Style: Francis A. Grandinetti, II v. AL DOC Inmate
District Court Number: 06-00304 CV-T-N

TO:   Debra P. Hackett

CC:   Francis A. Grandinetti, II (AIS 185087)

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 27, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14892-F**
Case Style: Francis A. Grandinetti, II v. AL DOC Inmate
District Court Number: 06-00304 CV-T-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood/wl/404-335-6185

Encl.

plradism (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-14892-F

FRANCIS A. GRANDINETTI, II,

Plaintiff-Appellant,

versus

ALABAMA DOC INMATE "T-HOP",
Kitchen Worker,
JAMES C. COOKE,
Warden, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a CONSENT FORM authorizing such payment from the appellant's prison account pursuant to 28 U.S.C. §1915) to the clerk of the district court within the time fixed by the rules, effective this 27th day of November, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: [signature]
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

ORD-40